UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANDERS TRON-HAUKEBO,

        Plaintiff,

  v.

CLALLAM COUNTY,

        Defendant.

CASE NO. C23-5521 BHS

ORDER

This matter is before the Court on Magistrate Judge Grady J. Leupold's Report and Recommendation (R&R), Dkt. 13, recommending the Court deny pro se plaintiff Anders Tron-Haukebo's application to proceed *in forma pauperis*, Dkt. 4, and dismiss this matter without prejudice and without leave to further amend. Tron-Haukebo sought an extension of time to respond to the R&R, Dkt. 14, and the Court granted that request, Dkt. 15. Any such response was due September 29, 2023. Tron-Haukebo did not object to the R&R.

A district court "shall make a de novo determination of those portions of the report or specified proposed finding or recommendations *to which objection is made*." 28 U.S.C. § 636(b)(1)(C) (emphasis added); *accord* Fed. R. Civ. P. 72(b)(3). "The statute

ORDER - 1

makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). A proper objection requires "specific written objections to the proposed findings and recommendations" in the R&R. Fed. R. Civ. P. 72(b)(2).

Tron-Haukebo has not objected to the R&R. Accordingly, the R&R is **ADOPTED**. Tron-Haukebo's motion for leave to proceed *in forma pauperis* is **DENIED**, and this matter is **DISMISSED without prejudice and without leave to amend**.

The Clerk shall enter a **JUDGMENT** and close the case.

**IT IS SO ORDERED.**

Dated this 3rd day of October, 2023.

BENJAMIN H. SETTLE
United States District Judge